1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12              Plaintiff,           )    SA 09-480M
                                     )
13       v.                          )    ORDER OF DETENTION AFTER HEARING
                                     )         (18 U.S.C. § 3142(i))
14  PAULINA NATALIA LLAMAS DE        )
    AMBRIZ,                          )
15                                   )
                Defendant.           )
16  _____  )

17
                                        I.
18
     A.  ( ) On motion of the Government involving an alleged
19
         1. ( )  crime of violence;
20
         2. ( )  offense with maximum sentence of life imprisonment or death;
21
         3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years
22
                (21 U.S.C. §§ 801,/951, et. seq..,/955a);
23
         4. ( )  felony - defendant convicted of two or more prior offenses described above.
24
     B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)
25
         1. (X)   serious risk defendant will flee;
26
         2. ( )   serious risk defendant will
27
             a. ( )  obstruct or attempt to obstruct justice;
28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                                                     Page 1 of 3

1        b. ( )   threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

2        II.

3   The Court finds no condition or combination of conditions will reasonable assure:

4   A. ( X )   appearance of defendant as required; and/or

5   B. ( ) safety of any person or the community;

6        III.

7   The Court has considered:

8   A. ( x) the nature and circumstances of the offense;

9   B. (x) the weight of evidence against the defendant;

10   C. (x) the history and characteristics of the defendant;

11   D. ( ) the nature and seriousness of the danger to any person or to the community.

12        IV.

13   The Court concludes:

14   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

16   B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

17-18   **Defendant is undocumented. He has no ties to the community and no bail resources.**

20   C. ( ) A serious risk exists that defendant will:

21       1. ( ) obstruct or attempt to obstruct justice;

22       2. ( ) threaten, injure or intimidate a witness/ juror; because:

24-25   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

26   ///

27   ///

28   ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: November 11, 2009

9                                              MARC L. GOLDMAN
                                              _____
10                                             Marc L. Goldman
                                              U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                - 3 -                                     Page 3 of 3